AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

FEB 20 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Javier CAMPOS
YOB: 1996 COC: United States

*Defendant(s)*

Case No. M-20-0465-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 19, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 554 | Whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, To Wit; approximately 6,000 rounds of 7.62x39mm ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Evan Mason, HSI Special Agent
*Printed name and title*

Approved by Robert Guerra AUSA
Sworn to before me and signed in my presence.

Date: 2/20/2020

City and state: McAllen, Texas

_____
*Judge's signature*

U.S. Magistrate J. Scott Hacker
*Printed name and title*

# ATTACHMENT A

On February 19, 2020, a United States Customs and Border Protection Officer (CBPO) was conducting outbound inspections as part of his duties at the Progresso, Texas Port of Entry (POE). The CBPO, while assigned to the outbound inspection lanes, encountered a vehicle being driven by Javier CAMPOS (CAMPOS).

Upon encountering CAMPOS, CAMPOS gave a negative declaration for weapons, ammunition, and cash in excess of $10,000.00 USD. A CBPO then referred CAMPOS to the secondary inspection area for further inspection. Once in the secondary inspection area, a CBPO conducted a search of CAMPOS' vehicle, subsequently discovering a plastic bag concealed behind the back seat of the vehicle containing approximately 6,000 rounds of 7.62x39mm ammunition.

CAMPOS was detained and Homeland Security Investigations (HSI) Special Agent (SA) Evan Mason was advised of the situation and responded to the Progresso, Texas POE to interview CAMPOS. CAMPOS was read his Miranda rights in the Spanish language as witnessed by a CBPO. CAMPOS stated that he understood his rights, both verbally and in writing, and was willing to make a statement without an attorney present.

CAMPOS stated he had purchased several boxes of ammunition earlier in the day. CAMPOS further stated that he had purchased the ammunition knowing that the ammunition was intended to be smuggled to Mexico from the United States in violation of the law.

CAMPOS stated that he had also smuggled ammunition to Mexico from the United States on a previous occasion.

According to the U.S. Department of State, Office of Defense Trade Controls Compliance (DTCC), 7.62x39mm ammunition is determined to be a defense article described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (22 U.S.C. 2778). The 7.62x39mm ammunition is covered under the USML. Pursuant to 22 U.S.C. 2778, it is illegal to export this ammunition without a license.